15576.   BRICE *v.* THE STATE.

</div>

BROYLES, C. J.  The only assignment of error is upon the overruling of the motion for a new trial, and the motion contained the usual general grounds only. The evidence authorized the verdict and this court is without authority to interfere.

<div align="center">

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

</div>

Accusation of possession of liquor, etc.; from city court of Macon —Judge Gunn. April 11, 1924.

*Earl W. Butler,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.